CHICAGO—FIRST DISTRICT—DECEMBER, 1917.   237

Fehr Const. Co. v. Postl System, 209 Ill. App. 237.

4.  EVIDENCE, § 164*—*when reply to letter operating as admission against interest is inadmissible.*  Although defendant's letter was admissible in evidence when offered by plaintiff as an admission against interest, such admission would not make competent or relevant plaintiff's reply thereto when offered by him.

---

**Fehr Construction Company et al., Appellees, v. Postl System of Health Building, on appeal of Chapin & Gore, Appellant.**

**Gen. No. 22,920.   (Not to be reported in full.)**

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1916.  Affirmed.  Opinion filed December 21, 1917.

## Statement of the Case.

Bill by Fehr Construction Company, a corporation, and others, complainants, against Postl System of Health Building and Chapin & Gore, a corporation, the owners, defendants, for foreclosure of mechanics' liens.  From a decree foreclosing liens in favor of certain intervening petitioners, the defendant Chapin & Gore appeals.

See 189 Ill. App. 519, for the appeal from a former decree.

WILLIAM S. NEWBURGER and BENJAMIN P. RUEKBERG, for appellant.

M. D. DOLAN, for appellees; FREEMAN K. BLAKE, of counsel.

BULKLEY, MORE & TALLMADGE, for appellees Harty Bros. & Harty Company.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. JUSTICE MATCHETT delivered the opinion of the court.

## Abstract of the Decision.

**1.** APPEAL AND ERROR, § 1725*—*what is effect of decision on former appeal.* Questions decided on a former appeal cannot be reopened.

**2.** MECHANICS' LIENS, § 196*—*when evidence shows knowledge by owners of rendering of work and furnishing of materials.* A finding that defendant owners had knowledge of the work to be done and material furnished by the respective lienors, *held* not against the manifest weight of the evidence, in a suit on mechanics' liens.

**3.** MECHANICS' LIENS, § 196*—*when evidence supports finding as to lienable and nonlienable items.* Evidence *held* to support finding as to lienable and nonlienable items, in a suit on mechanics' liens.

---

**Pauline Roessler Kremser, Guardian, and Federal Union Surety Company, Appellees, v. Meeker-Magner Company et al., Appellants.**

### Gen. No. 22,924.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. PETER C. WALTERS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Reversed and remanded. Opinion filed December 21, 1917.

### Statement of the Case.

Action by Pauline Roessler Kremser, formerly known as Pauline M. Roessler, guardian of the person and estate of Fedora Roessler and Carl Roessler, minors, and Federal Union Surety Company, plaintiffs, against Meeker-Magner Company, a corporation, William A. Rogan and Thomas J. Magner, defendants,

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.